# United States Court of Appeals
## For the First Circuit

No. 11-1195

NORMA MARRERO-RODRÍGUEZ, individually and in representation of her children C.L.M. and A.L.M.; C.L.M., minor; A.L.M., minor,

Plaintiffs, Appellants,

v.

MUNICIPALITY OF SAN JUAN; HON. JORGE SANTINI-PADILLA, in his official capacity as the elected mayor of the Municipality of San Juan; ANGEL A. PACHECO-ORTA, individually and as Lieutenant of the Municipal Police of San Juan; HILTON CORDERO, individually and as Commissioner of the Municipal Police of San Juan; ADAM ADORNO, individually and as the Operational Field Chief of the Municipal Police of San Juan; FÉLIX VEGA, individually and as Operational Field Sub-Director of the Municipal Police of San Juan; HELDER HADOCK, individually and as the Commanding Officer of Specialized Units of the Municipal Police of San Juan; JANET MATOS, individually and as the Administrative Director of Police Training in the Municipality of San Juan; HARRY HERNÁNDEZ-MULERO, individually and as Captain of the Municipal Police of San Juan; SHERLY ALEJANDRO, individually and as Officer of the Municipal Police of San Juan; JULIO A. SANTIAGO-RODRÍGUEZ, individually and as Officer of the Municipal Police of San Juan; INSURANCE COMPANY XYZ; JOHN DOE; JANE DOE,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on May 7, 2012, is amended as follows:

On the cover sheet replace "Defendants, Appellants" with "Defendants, Appellees"

On p. 7, line 8, replace "Operation Field Sub-Director" with "Operational Field Sub-Director"

On p. 11, line 17, replace "to use only" with "to use"